IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CX REINSURANCE COMPANY LIMITED, f/k/a CNA REINSURANCE COMPANY LIMITED, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H – 03 – 4147 |
| TECHNICAL CONSTRUCTION SERVICES, INC., RAUL F. RIVAS, and ARC SERVICES LC d/b/a ALLIED CONSTRUCTION SERVICES, | § § § § § § | |
| Defendants. | § § | |

## JUDGMENT

Because of the Court's Memorandum and Order of today's date, **JUDGMENT IS ENTERED** for CX Reinsurance Company Limited. *See* Fed. R. Civ. P. 58(a). Defendants' claims are **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

SIGNED this 18th day of August, 2005.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.